629 A.2d 939

**AMERICAN AND FOREIGN INS. CO.**

v.

**INGLESE.**

Supreme Court of Pennsylvania.

June 26, 1992.

ORDER

PER CURIAM.

AND NOW, this 26th day of June, 1992, the Petition for Allowance of Appeal is granted. The Order of the Superior Court is vacated, and this case is remanded to the court for reconsideration in light of this Court's decision in *Azpell v. Old Republic Insurance Co.*, 526 Pa. 179, 584 A.2d 950 (1991).

Moreover, it is noted that this Court's decision in *Lewis v. School District of Philadelphia,* 517 Pa. 461, 538 A.2d 862 (1988), dealing as it did with *self insurer,* is not dispositive of the case at bar.